

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00822-CV

**IN RE R.D.**

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
Luz Elena D. Chapa, Justice
Beth Watkins, Justice

Delivered and Filed: September 13, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On September 5, 2023, relator filed a petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's emergency motion for relief is **DENIED** as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 22-1682-CV-E, styled *Jonathan Flores a/n/f of Ramiro de la Cruz v. Joseph Adam Medina et al.*, pending in the 456th District Court, Guadalupe County, Texas, the Honorable Heather H. Wright presiding.